**506**

Blackwell, Asst. U. S. Attys., were on the brief, for appellee.

Before WILBUR K. MILLER, BAZELON and FAHY, Circuit Judges.

**PER CURIAM.**

In this appeal from conviction for robbery (D.C.Code, § 22–2901), appellant complains about the denial of his motion to suppress the gun which police took from his car, after arresting him upon a warrant. We find no error affecting substantial rights.

Affirmed.

Mr. Herbert E. Morris, Atty., Dept. of Justice, of the bar of the Supreme Court of Connecticut, pro hac vice, by special leave of Court, with whom Asst. Atty. Gen. George Cochran Doub and Messrs. Oliver Gasch, U. S. Atty., and Paul A. Sweeney, Atty., Dept. of Justice, were on the brief, for appellees.

Before EDGERTON, Chief Judge, and WILBUR K. MILLER and BAZELON, Circuit Judges.

**PER CURIAM.**

This is an appeal by a former government employee from a summary judgment denying relief in a suit for reinstatement. We find no error affecting substantial rights.

Affirmed.

**Emmette J. STEBBINS, Appellant,**

v.

**Harris ELLSWORTH et al., Appellees.**

**No. 13857.**

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 16, 1957.

Decided Oct. 24, 1957.

**HOTEL EMPLOYEES LOCAL NO. 255, Hotel and Restaurant Employees and Bartenders International Union, and Hotel and Restaurant Employees and Bartenders International Union, A.F.L.–C.I.O., Appellants,**

v.

**Boyd LEEDOM, individually and as Chairman, National Labor Relations Board, et al., Appellees.**

**No. 13765.**

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 7, 1957.

Decided Oct. 24, 1957.

Emmette Jerome Stebbins, appellant pro se.

Mr. Benjamin Gettler, Cincinnati, Ohio of the bar of the Supreme Court of Ohio, pro hac vice, by special leave of Court, with whom Mr. David E. Feller, Washington, D. C., was on the brief, for appellants.